■ In the Matter of KINNEY PARKING SYSTEM, INC., Petitioner, v SHEL-

---

LEY J. SHERMAN, as Deputy Commissioner of the New York City Department of Consumer Affairs, et al., Respondents.—Order and decision of respondent, Deputy Commissioner of the New York City Department of Consumer Affairs, dated June 15, 1979 and June 19, 1979 respectively, unanimously confirmed. Respondent shall recover of petitioner $75 costs and disbursements of this appeal. No opinion. Concur—Kupferman, J. P., Birns, Sandler, Ross and Markewich, JJ.